# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEBBIE D. KELLY,

          Plaintiff,

-vs-                                      Case No. 6:08-cv-1751-Orl-19DAB

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

This case is before the Court on Plaintiff's Complaint seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her claim for Disability Insurance Benefits and Supplemental Security Income Benefits under the Social Security Act (Doc. No. 1) filed October 9, 2008. The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 20), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 14, 2010 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision by the Commissioner of the Social Security Administration denying Plaintiff's claims for Disability Insurance Benefits and Supplemental Security Income Benefits is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter judgment consistent with this Order and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 17th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party